ASK LLP
Joseph L. Steinfeld, Jr., Esq.
Brigette McGrath, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 Fax: (651) 406-9676

*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Sizmek, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10971 (SMB)<br><br>(Jointly Administered) |
| Alan Nisselson, Chapter 7 Trustee of Sizmek, Inc., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>Google Inc. dba DoubleClick Inc.,<br><br>Defendant(s). | Adv No. 21-01099 |

## CERTIFICATION OF SERVICE

I, Jennifer A. Hepola, hereby certify that I am not less than 18 years of age, and further certify that on March 23, 2021, I caused to be served a true and correct copy of the:

1. COMPLAINT; and
2. SUMMONS.

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

<u>Registered Agent for Defendant</u> [**via Certified Mail 7019 2280 0001 0971 3226**]
Corporation Service Company dba CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California 95833

<u>Defendant</u> [**via Certified Mail 7019 2280 0001 0971 3233**]
Sundar Pichai, CEO
Google Inc. dba DoubleClick Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

☐ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☒ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on March 23, 2021.

*/s/ Jennifer Hepola*

Jennifer Hepola, Declarant
No: 2229171 Stat: - Answ: /*